UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

    Petitioners,

  -against-

ABA CONSTRUCTION CORP.,

    Respondent.

21-CV-7871 (AJN) (BCM)

**ORDER**



**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action, commenced on September 1, 2021, by the filing of a Petition to Confirm Arbitration Award (Petition) (Dkt. No. 1), has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on the Petition. (Dkt. No. 8.) On September 22, 2021, an electronic summons was issued as to ABA Construction Corp. (Dkt. No. 7), but thus far no proof of service has been filed.

    It is hereby ORDERED that along with the summons and the Petition itself, petitioners shall serve respondent with their Memorandum of Law (Dkt. No. 6), any other materials supporting the Petition, and a copy of this Order, and shall promptly file proof of such service on the docket.

    It is further ORDERED that respondent's papers in opposition to the Petition, if any, shall be filed no later than **30 days after it has been served** with the summons, the Petition, the supporting materials, and this Order. Petitioners' reply papers, if any, shall be filed no later than **14 days after they have been served** with respondent's opposition papers.

Dated: New York, New York
      October 13, 2021

                                        **BARBARA MOSES**
                                        **United States Magistrate Judge**